IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RONALD SATISH EMRIT,

   Plaintiff,

    v.

SUNTRUST BANKS, INC., et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:15-CV-3536-TWT

**ORDER**

    This is a pro se civil action against the Plaintiff's father, SunTrust Bank, Western Union and others arising out of their involvement in an attempt by the Plaintiff's mother to wire him $190.00. It is before the Court for a frivolity determination. A claim is frivolous "where it lacks an arguable basis either in law or in fact." Neitzke v. Williams, 490 U.S. 319, 325 (1989). A complaint may be dismissed for failure to state a claim on which relief may be granted when it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief. Scheuer v. Rhodes, 416 U.S. 232, 236 (1974). This includes claims describing fantastic or delusional scenarios, claims with which federal district judges are all too familiar. Denton v. Hernandez, 504 U. S. 25, 32 (1992). The

Plaintiff's Complaint is largely incomprehensible and fails to plausibly allege a claim for relief.  This action is DISMISSED.

SO ORDERED, this 7 day of December, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge